984 A.2d 938

COMMONWEALTH of Pennsylvania, Appellee

v.

Barry Jacoby MOORE, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 1, 2009.

Decided Dec. 15, 2009.

436

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-LY GRANTED.**